Commonwealth ex rel. Jackson, Appellant, *v.*
Maroney.

Submitted November 8, 1965.
*Donald Jackson*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.